UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JOHN DENHAM,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>STU SHERMAN, et al.,<br><br>　　　　　Defendants. | 1:19-cv-01176-DAD-GSA-PC<br><br>**ORDER STRIKING FIRST AMENDED COMPLAINT FILED ON OCTOBER 18, 2019**<br>**(ECF No. 14.)**<br><br>**ORDER FOR PLAINTIFF TO FILE NEW FIRST AMENDED COMPLAINT IN COMPLIANCE WITH SCREENING ORDER ISSUED ON OCTOBER 17, 2019**<br><br>**THIRTY-DAY DEADLINE** |

　　　　Paul John Denham ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On August 29, 2019, Plaintiff filed the Complaint commencing this action. (ECF No. 1.) On October 17, 2019, the court screened the Complaint under 28 U.S.C. § 1915A and dismissed the Complaint for violation of Rule 8(a), with leave to file a First Amended Complaint not exceeding 25 pages, "including the form complaint and any exhibits." (ECF No. 13 at 14 ¶ 4.)

　　　　On October 18, 2019, Plaintiff filed a First Amended Complaint that is 46 pages in length. (ECF No. 14.) Plaintiff's First Amended Complaint clearly exceeds the 25-page limit required by the screening order. Due to the fact that Plaintiff filed the First Amended Complaint on October 18, 2019, only one day after the court issued the screening order on October 17, 2019,

1

the court finds it likely that the First Amended Complaint and the screening order crossed in the mail. Thus, it appears that Plaintiff did not receive the screening order before he sent the First Amended Complaint to the court. Therefore, the court shall strike the First Amended Complaint for exceeding the 25-page limit, with leave to file a new First Amended Complaint in compliance with the previously issued screening order, within thirty days.

Accordingly, based on the foregoing, it is **HEREBY ORDERED** that:

1. Plaintiff's First Amended Complaint, filed on October 18, 2019, is STRICKEN from the record for exceeding the 25-page limit;
2. Within thirty days from the date of this order, Plaintiff shall file a new First Amended Complaint in compliance with the court's screening order issued on October 17, 2019; and
3. If Plaintiff fails to file a new First Amended Complaint in compliance with this order within thirty days, this case may be dismissed for failure to comply with a court order.

IT IS SO ORDERED.

Dated: **October 23, 2019**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE