UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JOHN DENHAM,<br><br>        Plaintiff,<br><br>   vs.<br><br>STU SHERMAN, et al.,<br><br>        Defendants. | 1:19-cv-01176-DAD-GSA-PC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO FILE FIRST AMENDED COMPLAINT USING CORRECT CASE NUMBER 1:19-cv-01176-DAD-GSA-PC**<br><br>**(ECF No. 18.)**<br><br>**THIRTY-DAY DEADLINE TO FILE FIRST AMENDED COMPLAINT NOT EXCEEDING 25 PAGES** |

        Paul John Denham ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On August 29, 2019, Plaintiff filed the Complaint commencing this action. (ECF No. 1.) On October 17, 2019, the court screened the Complaint under 28 U.S.C. § 1915A and dismissed the Complaint for violation of Rule 8(a), with leave to file a First Amended Complaint not exceeding 25 pages, "including the form complaint and any exhibits." (ECF No. 13 at 14 ¶ 4.)

        On October 18, 2019, Plaintiff filed a First Amended Complaint that was 46 pages in length. (ECF No. 14.) On October 23, 2019, the court issued an order striking the First Amended Complaint for exceeding the page limit. (ECF No. 17.) Plaintiff was granted thirty days in which to file a new First Amended Complaint not exceeding 25 pages. (Id.)

On November 12, 2019, Plaintiff filed a motion to file a First Amended Complaint using the correct case number for this case, 1:19-cv-01176-DAD-GSA-PC. (ECF No. 18.) Plaintiff points out that the court's October 17, 2019 order directed him to caption the First Amended Complaint with case number 1:17-cv-01176-DAD-GSA-PC, which is an erroneous case number. (ECF No. 13 at 14 ¶ 5.) Plaintiff requests leave to use the correct case number 1:19-cv-01176-DAD-GSA-PC on the First Amended Complaint. Good cause appearing, Plaintiff's motion shall be granted.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to file a First Amended Complaint using case number 1:19-cv-01176-DAD-GSA-PC is GRANTED;
2. Plaintiff is GRANTED an extension of time until thirty days from the date of service of this order, in which to file the First Amended Complaint;
3. The total number of pages of the First Amended Complaint, including the form complaint and any exhibits, must not exceed 25 pages. If typewritten, the body of the First Amended Complaint must be double-spaced. If handwritten, the complaint must be legible and written in reasonably-sized handwriting; and
4. If Plaintiff fails to file a First Amended Complaint in compliance with this order, this case may be dismissed for failure to comply with a court order.

IT IS SO ORDERED.

Dated: **November 18, 2019**           **/s/ Gary S. Austin**
           UNITED STATES MAGISTRATE JUDGE