# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JOHN DENHAM,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STU SHERMAN, et al.,<br><br>　　　　Defendants. | 1:19-cv-01176-DAD-GSA-PC<br><br>**ORDER RESPONDING TO REQUEST FOR ORDER**<br>**(ECF No. 12.)** |

## I.　BACKGROUND

Paul John Denham ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.

On September 13, 2019, Plaintiff filed a request for an "order deeming [his] notice of preliminary injunction motion complete on defendant Stu Sherman." (ECF No. 12.) Plaintiff seeks confirmation that he properly served defendant Sherman with his motion for preliminary injunction, and his motion for early discovery.

## II.　LOCAL RULE 135

Plaintiff is advised that Local Rule 135 governs the service of documents during an action, as shown below:

> **(c) Proof of Service for Paper Documents.** When service of any pleading, notice, motion, or other document required to be served is made, proof of such service shall be endorsed upon or affixed to the original of the document

1

when it is lodged or filed. Except for ex parte matters, a paper document shall not be submitted for filing unless it is accompanied by a proof of service. Proof of service shall be under penalty of perjury and shall include the date, manner and place of service.

**(d) Service Upon All Parties.** Unless a party expressly waives service, copies of all documents submitted to the Court shall be served upon all parties to the action, except that no service need be made upon parties held in default for failure to appear unless the document involved asserts new or additional claims for relief against such defaulting parties. See Fed. R. Civ. P. 5(a).

**(e) Service Upon Pro Se Party.** Service of all documents authorized to be served in accordance with Fed. R. Civ. P. 5 or Fed. R. Crim. P. 49 shall be complete when served upon a party appearing in propria persona. See also Fed. R. Civ. P. 4.1.

**(f) Service Upon Attorney.** Service of all documents authorized to be served in accordance with Fed. R. Civ. P. 5 or Fed. R. Crim. P. 49 shall be complete when served upon the attorney for the party, if the party has appeared and is represented by an attorney. When an attorney represents multiple parties, service of one copy of the document upon that attorney shall constitute service upon all parties represented by that attorney, unless the Court otherwise orders. Where multiple attorneys represent the same party or parties, service shall be made upon all such attorneys, unless the Court otherwise orders. See also Fed. R. Civ. P. 4.1.

L.R. 135(c)-(f).

After defendants have appeared in the case, Plaintiff is required to serve copies of his documents upon the defendants, as provided by Local Rule 135. Here, Plaintiff filed his motion for preliminary injunction and motion for early discovery on September 11, 2019. (ECF Nos. 10, 11.) At that time none of the defendants had appeared in this case and therefore Plaintiff was not required to serve his motions on any of the defendants, including defendant Sherman. Plaintiff is not required to serve his documents on any of the defendants until *after* the defendants (or their counsel, on behalf of defendants) have appeared in the case.

## III. CONCLUSION

This order resolves Plaintiff's request for an order, filed on September 13, 2019.

IT IS SO ORDERED.

Dated: __**December 30, 2019**__        __**/s/ Gary S. Austin**__
                                                                      UNITED STATES MAGISTRATE JUDGE