UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JOHN DENHAM,<br><br>    Plaintiff,<br><br>    vs.<br><br>STU SHERMAN, et al.,<br><br>    Defendants. | 1:19-cv-01176-DAD-GSA-PC<br><br>**ORDER DENYING MOTION FOR LEAVE TO CONDUCT EARLY DISCOVERY AS MOOT**<br>**(ECF No. 10.)** |

Paul John Denham ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.

On September 11, 2019, Plaintiff filed a motion for leave to conduct early discovery. (ECF No. 10.) Plaintiff argues that early discovery is necessary to secure and establish facts in support of the motion for preliminary injunction he filed on September 11, 2019. Plaintiff also filed a motion for preliminary injunction on December 12, 2019, which is substantially similar to the September 11, 2019 motion. (ECF No. 22.)

Plaintiff's motion for leave to conduct early discovery is moot because on December 17, 2019, Plaintiff's motions for preliminary injunction were both denied without prejudice to refiling the motions at a later stage of the proceedings if appropriate. (ECF No. 24.) Thus, there is no need for early discovery to support his motions for preliminary injunction. Therefore, Plaintiff's motion for leave to conduct early discovery shall be denied as moot.

1

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion for leave to conduct early discovery, filed on September 11, 2019, is DENIED as moot.

IT IS SO ORDERED.

Dated: **February 3, 2020**     **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE