UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DENHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>STU SHERMAN, et al.<br><br>    Defendants. | No.  1:19-cv-01176 DAD GSA (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO MODIFY INMATE FILING FEE ORDER<br><br>(ECF No. 38) |

Plaintiff, a former pro se litigant [1] who proceeded in forma pauperis, has filed a motion to modify the Court's inmate filing fee order (see ECF No. 9) which schedules his payments. ECF No. 38. The motion requests that he be permitted to pay a larger amount per month towards the balance so that he can complete his financial obligations. Id. at 1.

The court shall deny Plaintiff's request. 28 U.S.C. § 1915, which governs in forma pauperis proceedings does not provide any authority or mechanism for the court to alter payment of the filing fee after the action has been dismissed for any reason. See generally id.

---

[1] On September 28, 2020, this matter was closed when Plaintiff voluntarily dismissed it pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  ECF No. 36.

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to modify the Court's filing fee order (ECF No. 38) is DENIED.

**Plaintiff is further informed that because this case has been closed, any future filings in it will be disregarded.**

IT IS SO ORDERED.

Dated:   **October 5, 2023**              **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE